# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re

**MICHAEL SHORES**

Debtor(s).

Case No.

19-60567

## SIGNATURE DECLARATION

☑ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ VOLUNTARY CONVERSION, SCHEDULES AND STATEMENTS
☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☐ MODIFIED CHAPTER 13 PLAN
☑ OTHER (PLEASE DESCRIBE:_____) Modified Ch 12 Plan

I [We], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1. The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2. The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

3. **[individual debtors only]** If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4. I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5. My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6. **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: 8/26/21

X _____
Signature of Debtor1 or Authorized
Representative

X _____
Signature of Debtor 2

**MICHAEL SHORES**
Printed Name of Debtor 1 or
Authorized Representative

Printed Name of Debtor 2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In RE:

Michael Shores                                   Case No.: 19-60567
                                                 Chapter 12
      Debtor,

## CHAPTER 12 PLAN DATED August 26, 2021

### ARTICLE I
### ADMINISTRATIVE PRIORITY CLAIMS

The Chapter 12 trustee shall make application to the Court for approval of trustee's fees and for any reasonable and necessary expenses of the trustee in effectuating the trustee's duties under the Bankruptcy Code in administering this case. The debtor(s) shall pay an amount equal to five percent (5%) of all payments disbursed by the Chapter 12 trustee as an estimated payment and the trustee shall hold the fee until the trustee's fees and expenses are applied for and approved by the Court. Once the trustee's fees are approved, the trustee shall pay them.

### GENERAL TERMS

The debtor shall file monthly reports with the office of the chapter 12 trustee, provide annual tax returns along with a summary of operation.

All creditors shall be allowed to file 11 U.S.C. Sec. 506(b) claims. All claims are subject to review by the Bankruptcy Court prior to and after a confirmation order is entered. The debtor is proposing a 100% distribution to unsecured creditors. If there are excess funds in the account, the money shall be paid to the unsecured creditors. The term of this plan shall be five years.

### ARTICLE II
### CLASSIFICATION OF CLAIMS AND INTERESTS

CLASS 1:    Star Bank

CLASS 2:    John Deere Financial

CLASS 3:    United States Department of Agriculture ("USDA-FSA")

CLASS 4:    Velde Moore, Ltd.

CLASS 5:    Unsecured Creditors

CLASS 6:    Christine Shores

# ARTICLE III

## CLASS 1

Class I consists of the claim of Star Bank which consists of five loans that are cross collateralized against real property and chattel property. According to the claim filed by Star Bank on October 22, 2019 the amount owed (including principal, interest, and late charges) totaled $1,446,788.35. Star Bank is an over-secured creditor and shall be allowed a claim under 11 U.S.C. Sec. 506(b) for post-petition interest, late fees, reasonable attorneys' fees and costs. Debtor's objection to Star Bank's claim shall be withdrawn. Star Bank has not yet disclosed its costs, attorneys' fees and post-petition interest.

**Elements of Confirmation under 11 U.S.C. Sec. 1225(a)**

**1225(a)(1), (2), (3), (4) and (7).**

The debtor's plan complies with the provisions of chapter 12 and the debtor has paid all fees, charges, and amounts required under chapter 123 of title 28. The debtor's plan has been proposed in good faith and not by any means forbidden by law. The debtor is proposing to make a 100% distribution to his unsecured creditors, such that they will receive the same treatment as if this bankruptcy were to be filed under chapter 7 of this title. The debtor is not obligated to pay any domestic support obligations.

**1225(a)(5)**

This provision allows the debtor's plan to be confirmed, if his secured creditors have: (1) have accepted the plan, (2) the plan proposes to pay the creditor the present value of its claim, (3) the debtor surrenders the collateral to such claim holder. .

The debtor proposes to split Star Bank claim into real property and chattel claims. The real property claim shall be $1,208,025.00 or 65% of the value of Star Bank's real estate collateral. The remaining balance owed to Star Bank ($238,763.35) shall be allocated to machinery, cattle, crops, equity credits, and other chattel which have a scheduled value of $639,581.89 or 37.3% loan to value. It should be noted that these obligations will continue to be cross-collateralized notwithstanding the bifurcation of their payment. Thus, the entire value of the collateral against the claim's loan balance is 57.9%.

The debtor proposes to grant the Bank an interest rate of 1% over prime, with a floor of 5.75% to pay the present value of its claim. This interest rate is justified given the value of collateral versus the size of the Bank's claim. Further, the Bank's claim is secured by the debtor's farm land which alone would provide a loan to value of 77.8%. The farm land in the debtor's area is not depreciating in value and will likely appreciate in the future.

The debtor proposes to pay the real estate portion of his obligation on a twenty-five year amortization. (Loan loan #2550 for $800,000.00 had a five year balloon, but was amortized by the Bank for 25 years.) The debtor proposes to pay the chattel loan over a seven year amortization, excluding any portion attributable to post judgment interest and attorneys' fees, which shall be paid with the balloon. Both the real estate and chattel portions of the obligation will balloon five years after confirmation. This balloon is also offered in recognition that Notes #2553, #2560, and #2561 had one year balloons and were not meant to be long term obligations.

The first annual payment will occur one month after confirmation on the third Friday of the month in 2020.

This first annual payment will be $100,000.00 to the Bank and $5,000.00 for Trustee Fees. The unpaid balance of $35,037.61 shall be paid when the note balloons according to the terms of this plan. Payments in subsequent years shall be as listed below. The debtor and Bank will cooperate in good faith to determine how checks number **7192, **7678, **8524 and **6974 were applied at the Bank. The parties agree to reserve the issue of the Bank's 11 U.S.C. Sec. 506(b) claim. The parties agree to a mutual release of all claims, except for claims regarding the proper crediting of checks number **7192, **7678, **8524 and **6974. Notwithstanding the foregoing, nothing contained herein shall impair the Bank's rights under this plan, the documents to be executed in connection to this plan, or the underlying loan and collateral documents in the event that there is non-performance under this plan by debtor. The $105,000.00 was paid.

| Annual Payment | Trustee Fee | Total Plan Payment |
|---|---|---|
| Real Estate | | |
| 92,266.74 | 4,613.33 | 96,880.07 |
| | | |
| Chattel | | |
| 42,770.87 | 2,138.55 | 44,909.42 |
| | | |
| Total | | |
| 135,037.61 | 6,751.88 | 141,789.49* see above paragraph |

After the first annual payment is made, the debtor shall follow the following payment schedule beginning with the 2021 annual obligation and continuing with the 2022 annual obligation on the same dates and in the same amounts:

| Due Dates for 2021 | Payment | Trustee Fee | Total Payment |
|---|---|---|---|
| October 31, 2020 | $9,500.00 | $500.00 | $10,000.00, paid |
| December 31, 2020 | $57,000.00 | $3,000.00 | $60,000.00, paid |
| March 31, 2021 | $19,000.00 | $1,000.00 | $20,000.00, paid |
| May 31, 2021 | $49,537.61 | $2,251.88 | $51,789.49* |
| | | | |
| Total for 2021 | $135,037.61 | $6,751.88 | $141,789.49 |

*The May 31, 2021 payment shall be paid with the October 31, 2021 payment, otherwise the payment schedule shall be unmodified.

The balloon payment of all remaining amounts owed by debtor to Star Bank, including the 506(B) payment, will be due the third Friday of the month five years after confirmation.

| | |
|---|---|
| Real Estate Balloon: | $1,080,109.52 |
| Chattel Balloon: | $77,993.59 |
| Deferred Confirmation Payment: | $35,037.61 |
| 506(b) Balloon Claimed by Star: | to be determined. |

**1225(a)(6)**

This provision is commonly referred to as the feasibility test. In determining whether a plan is feasible, the Court should view the debtor's predictions based on objective fact and not wishful thinking, see In re Clarkson, 767 F.2d 417, 420 (8th Cir.1985); citing In re Bergman, 585 F.2d 1171, 1179 (2nd Cir.1978). The Court should consider the farms earning power, the sufficiency of capital structure, economic conditions, managerial efficiency, and whether the same management will remain in place. Id., citing Great Northern Protective Services, Inc. 19 Bankr. 802, 803 (Bankr.W.D. Wash.1982). The bankruptcy court should approve a plan if it appears reasonably probable that the farmer will be able to pay the restructured secured debt over a reasonable amount of time, at a reasonable rate of interest, in light of farm prices and farm programs as of the date of confirmation, see In re Ahlers, 794 F.2d 388, 391-92 (8th Cir. 1986).

The debtor's attached cash-flow projections encompass 2019, 2020, and 2021. The cash flow projections were drafted by the Center for Farm Financial Management through the University of Minnesota and use the real production costs of the debtor, the debtor's historical yields, and actual market price projections to determine the debtor's cash flow projections. This information is the best prediction available given the actual and projected forecasts in the agricultural sector.

The debtor has every reason to believe that he will be able to obtain in-put financing from his past providers since their accounts will be brought current upon payment by the trustee after confirmation (see John Deere Credit, Ashby Equity Association, Pro Ag, and Wheaton-Dumont Coop Elevator claims).

**Default Provisions**

A.    Non-Monetary Defaults. All of the following shall be considered non-monetary defaults that entitle Star Bank to the relief specified below:

1.    The debtor has a negative balance in his debtor in possession account.

2.    The debtor is served papers in a civil lawsuit and he fails to notify Star Bank immediately. Being subject to a lawsuit is not a non-monetary default, but if the debtor is fourteen days from the date upon which a judgment may be entered

against him, in an amount in excess of $10,000.00, then a non-monetary default has occurred.

3.     The debtor fails provide a copy of his monthly operating reports to Star Bank as they are provided to the Office of the Chapter 12 Trustee or fails to provide Star Bank with a copy of his monthly bank statements for his debtor in possession account by the 10th day of the following month.

4.     The debtor fails to secure an operating loan for any applicable crop year which is approved by the Court before July 1 of that year (except for 2020, given that financing has already been obtained).

5.     The debtor sells any assets out of trust.

6.     The debtor fails to pay real estate taxes when due.

Non-monetary defaults shall not have a cure period.

B.     Monetary Defaults.  The following shall be considered a monetary default that entitles Star Bank to the relief specified below:

1.     The debtor fails to make a payment by the applicable payment date, or within 15 days thereafter.

C.     General Default Provisions

The debtor, and his non-filing spouse, shall execute a deed in lieu of foreclosure for the real property secured by Star Bank's mortgages within 14 days of plan confirmation.  The debtor shall also execute a bill of sale for his farm machinery and livestock within 14 days of plan confirmation.  Failure to execute said documents by the debtor within 14 days of plan confirmation shall be deemed a default under this plan.  It shall also be a default under the plan if the debtor's estranged spouse has not executed said documents within 14 days of plan confirmation, unless by that time debtor has initiated legal action in the appropriate court to compel her to sign the agreed to deed in lieu of foreclosure and bill of sale, with said legal action being pursued expeditiously, promptly and in good faith.  The Bank, at its option, may also pursue its own legal action if she refuses to sign the deed in lieu and bill of sale, and nothing contained herein shall be deemed a waiver of any claims against debtor's wife in the event of default or non-performance.

The deed in lieu of foreclosure and bill of sale shall be held in escrow by Old Republic Title Company.  If the debtor defaults, and any applicable cure period has elapsed, the debtor shall have 60 days from the date of default to enter into a commercially reasonable purchase agreement for his real property secured by Star Bank, under terms acceptable to Star Bank.  The debtor will have 60 days to close from the end of the initial 60 day period.  The debtor may also sell other collateral during the 120 day period, under terms acceptable to Star Bank, to reduce the balance owed to Star Bank.  If Star Bank is not paid in full within 120 days of default, and a

purchase agreement has not been signed for the sale of real property within 60 days after default, or if the sale contemplated by any purchase agreement does not close within 60 days after execution, Star Bank may record its deed in lieu of foreclosure and act on its bill of sale.  Star Bank will be able to lift the stay to enforce this provision upon affidavit of default and non-performance and the debtor will not contest and motion for relief from the stay filed by Star Bank pursuant to this paragraph.

**General Provisions**

Upon confirmation, Star Bank shall sign all livestock and crop checks being held by the debtor, and shall release its lien on unsold crops.  The trustee shall concurrently make the first scheduled payment to Star Bank.

Star Bank agrees to subordinate its security interest in only the debtor's 2020 crop to his 2020 operating lender upon confirmation that the loan will be made.  Notwithstanding the foregoing, Debtor shall make the operating lender aware that it will be expected to ensure that Star Bank receives all commodity checks pertaining to 2019 (or earlier) crop, in the event that said lender files a CNS financing statement and is named on the check by virtue of said filing.

Star Bank's collateral interest in the debtor's real property and chattel are not being modified by this plan.  The debtor shall be allowed to sell or trade machinery with the prior consent of the Bank, and the Bank will have a replacement lien on equipment sold or traded. The bank shall also possess a lien against post-petition capital improvements to the real property. The Debtor will maintain property insurance with Star Bank named as a loss payee.  The Debtor will pay all real estate taxes as and when due.

## CLASS 2

Class 2 is comprised of John Deere Financial.  John Deere possesses a purchase money security interest in a JD 323 Skidsteer and a JD 568 Baler.  The debtor will continue to make payments on both loan obligations directly to John Deere Financial under pre-petition terms.

## CLASS 3

Class 3 is comprised for USDA - FSA.  The Debtor does participate in FSA programs and shall assume all contracts and programs with FSA.  The Debtor shall not be precluded from applying for all farm programs administered by Farm Service Agency in the future.

## CLASS 4

Class 4 is comprised of Velde Moore, Ltd.. Velde Moore, Ltd will be paid $200.00 an hour for its pre and post-petition services and shall file periodic free applications for amounts due. The first annual payment will be paid to the trustee on one month after confirmation on the third Friday of the month, and the debtor will continue to do so during the course of this plan.

| Annual Payment | Trustee Fee | Total |
|---|---|---|
| $3,000.00 | $150.00 | $3,150.00 |

## CLASS 5

Class 5 is that of all unsecured creditors. The debtor proposes to withhold each year sums of money for reasonable and necessary expenses to preserve and continue the debtor's farm operation as authorized under 11 U.S.C. § 1225(b)(2)(B). Such expenses include, but are not limited to, purchases of capital improvements, machinery and equipment. The amounts described herein shall not exceed $5,000 per year and shall not exceed $15,000 in accumulated capital improvement reserves over the course of the plan. Any amounts held by the debtor four months prior to discharge shall be turned over to the trustee for distribution to unsecured creditors if there are outstanding unsecured claims.

The debtor shall commit all disposable income to the completion of the plan, the duration of this plan shall be five years. The Debtor shall make a 100% distribution to all unsecured claims totaling $124,408.50 (this includes the filed claims and that of the Ashby Equity Association for $63,000.00).

The first annual payment will be paid to the trustee beginning on or before December 31, 2021.

| Annual Payment | Trustee Fee | Total |
|---|---|---|
| $31,102.13 | $1,555.11 | $32,657.24 |

## CLASS 6

Class 6 is that of Christine Shores, the spouse of the debtor. Dissolution papers were served prior to the debtor filing for relief under chapter 12. The dissolution has been stayed during the chapter 12 bankruptcy. Ms. Shores also filed an adversary proceeding against the debtor to have his confirmation order revoked. The parties agreed to mediation as part of the adversary proceeding and have come to an agreed settlement. In consideration for retention of the farm real property, the farm business assets, and the debtor's personal property, the debtor has agreed to transfer the following property of the estate to Christine Shores:

a. The parties will sell their joint interests in their homestead to their adult son, Darren Michael Shores, from which Christine Shores will receive $225,000.00;
b. The debtor will assign his 1/6 interest in the Rose Shores Final Structured Settlement Plan. The debtor's interest is worth $160,408.23 without any discount for current value;

    c. 2005 Chevrolet Colorado;
    d. Knights of Columbus Life Insurance Policies: #XXXXXX7356, #XXXXXX7357 and #XXXXXX0645;
    e. Half interest in the farm's capital credits as valued on July 31, 2021;
    f. Firearms: $1,075.00 in approximate value depending on firearms selected by Christine Shores.

## ARTICLE IV
## LIQUIDATION ANALYSIS

The Liquidation Analysis as required under Section 1225 (a) (4) is attached as Attachment A. This analysis represents the values as a result of using the Minnesota exemptions.

## ARTICLE V
## EXECUTORY CONTRACTS

The debtor does hereby assume and agree to continue any and all executory contracts with USDA, and Vincent Johnson from whom the debtor rents tillable acres.

## ARTICLE VI
## FARM INCOME AND EXPENSES

The debtor shall satisfy the obligations of this plan through income from farm income, see attached cash flow projections.  The debtor's personal living expenses shall be limited to $20,000.00 per annum as reflected in the debtor's bankruptcy petition, schedule J.

## POST-PETITION CREDITORS AND SUPPLIERS

The debtor shall administer contracts on all post-petition contracts outside of the plan.

Dated: August 27, 2021               /e/ Michael Shores

**Liquidation Analysis**

| Asset | Value | Liens | Exemption | Equity |
|---|---|---|---|---|
| Farm land 413 acres | 1,858,500.00 | 1,446,788.35 | | 411,711.65 |
| Homestead | 265,000.00 | | 420,000.00 | 0.00 |
| 2011 2500 HD Chevy | 15,000.00 | | 4,800.00 | 10,200.00 |
| 1996 1 Ton Chevy | 4,000.00 | | | 4,000.00 |
| 2016 Chevy Suburban | 15,000.00 | | | 15,000.00 |
| 2005 Chevy Colorado | 8,000.00 | | | 8,000.00 |
| 2004 Chevy Colorado | 7,000.00 | | | 7,000.00 |
| Household Goods | 5,000.00 | | 5,000.00 | 0.00 |
| Clothing | 800.00 | | 800.00 | 0.00 |
| Checking Bk of the West | 6,000.00 | | 4,500.00 | 1,500.00 |
| Ashby Equity Credits | 38,877.69 | | | 38,877.69 |
| Settlement: mother | 160,000.00 | | | 160,000.00 |
| Claims against creditors | unknown | | | unknown |
| Knights of Columbus Life Ins. | 37,776.00 | | | 37,776.00 |
| 125 Head Dairy Feeders | 100,000.00 | 1,446,788.35 | | 0.00 |
| Proceeds Cattle Sale | 89,942.89 | 1,446,788.35 | | 0.00 |
| Machinery & Equipment | 218,500.00 | 1,446,788.35 | | 0.00 |
| JD 323 Skidsteer | 50,000.00 | 1,480,070.35 | | 0.00 |
| JD 568 Baler | 20,000.00 | 1,464,867.35 | | 0.00 |
| Barrett Stock Trailer | 9,000.00 | 1,446,788.35 | | 0.00 |
| 5th Wheel Flatbed | 2,000.00 | 1,446,788.35 | | 0.00 |

| | | | |
|---|---|---|---|
| Ford L900 Grain Truck | 10,000.00 | 1,446,788.35 | 0.00 |
| IHC Semi | 10,000.00 | 1,446,788.35 | 0.00 |
| Wilson 36' Hopper | 9,000.00 | 1,446,788.35 | 0.00 |
| 9,000 BU Beans | 76,500.00 | 1,446,788.35 | 0.00 |
| est. 30,000 BU Corn | 105,000.00 | 1,446,788.35 | 0.00 |
| Firearms | 2,150.00 | | 2,150.00 |
| DFA Capital Credits | 7,922.79 | | 7,922.79 |

# *FINPACK*

*Cash Flow Plan:  September 2019 Cash Flow*

*Mike Shores*

*Evansville, MN*

File:             Shores Mike

Prepared by:   Craig Will
                ATCC

Prepared on:   9/16/2019


## Monthly Cash Flow Plan Executive Summary

### Projected Cash Flow Summary

|  |  | Beg | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|
| Total operating inflow |  |  | 245,503 | 342,335 | 233,313 |
| Total operating outflow | (-) |  | 197,937 | 142,846 | 134,200 |
| Capital purchases | (-) |  | - | - | - |
| Capital sales | (+) |  | - | - | - |
| New credit | (+) |  | - | - | - |
| Loan payments | (-) |  | 33,877 | 17,441 | 14,411 |
| **Net cash flow** | **(=)** |  | **13,689** | **182,048** | **84,702** |
|  |  |  |  |  |  |
| Beginning cash balance | (+) |  | 105,000 | 1,000 | 119,857 |
| Operating loan borrowings | (+) |  | 103,377 | 66,491 | - |
| Operating loan prin pymts | (-) |  | 221,066 | 129,682 | - |
| Ending cash balance | (=) |  | 1,000 | 119,857 | 204,558 |
|  |  |  |  |  |  |
| Beg operating loan bal |  |  | 180,880 | 63,191 | - |
| Peak operating loan bal |  |  | 197,938 | 99,352 | - |
| End operating loan bal |  |  | 63,191 | - | - |

### Change in Working Capital

|  |  | Beg | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|
| Change in cash |  |  | -104,000 | 118,857 | 84,702 |
| Inventory changes | (+) |  | 13,857 | -91,900 | -55,451 |
| Change in opr loan balance | (-) |  | -117,689 | -63,191 | - |
| Change principal due term loans | (-) |  | -10,540 | 498 | 415 |
| Est change in working capital | (=) |  | 38,087 | 89,650 | 28,836 |

### Income Statement

|  |  | Beg | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|
| Gross cash farm income |  |  | 245,503 | 342,335 | 233,313 |
| Inv change-income items | (+) |  | 30,642 | -33,471 | 3,075 |
| Gross revenue | (=) |  | 276,145 | 308,864 | 236,388 |
|  |  |  |  |  |  |
| Cash farm opr expense |  |  | 186,270 | 117,846 | 109,200 |
| Interest expense | (+) |  | 20,567 | 4,379 | 851 |
| Depreciation | (+) |  | 46,750 | 42,080 | 37,926 |
| Inv change-expense items | (+) |  | 16,784 | 58,429 | 58,526 |
| Total farm expense | (=) |  | 270,372 | 222,734 | 206,502 |
|  |  |  |  |  |  |
| Net farm income |  |  | 5,773 | 86,130 | 29,885 |

## Net Worth Change

| | | Beg | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|
| Net farm income | | | 5,773 | 86,130 | 29,885 |
| Family living expense | (-) | | 11,667 | 25,000 | 25,000 |
| Income taxes accrued | (-) | | - | - | - |
| Personal interest expense | (-) | | 339 | 497 | 385 |
| Earned net worth change | (=) | | -6,232 | 60,633 | 4,500 |

## Term Debt Coverage (farm)

| | | Beg | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|
| Net farm income from operations | | | 5,773 | 86,130 | 29,885 |
| Depreciation | (+) | | 46,750 | 42,080 | 37,926 |
| Personal income | (+) | | - | - | - |
| Family living expense | (-) | | 11,667 | 25,000 | 25,000 |
| Personal interest expense | (-) | | 352 | 497 | 385 |
| Prin. payments on personal debt | (-) | | 1,279 | 2,461 | 2,574 |
| Income taxes accrued | (-) | | - | - | - |
| Interest on term debt | (+) | | 28,107 | 47,932 | 47,531 |
| Capital debt repayment capacity | (=) | | 67,333 | 148,184 | 87,384 |
| Term debt payments | | | 13,477 | 11,452 | 11,452 |
| Capital debt repayment margin | | | 53,856 | 136,731 | 75,932 |
| Term debt coverage ratio | | | 5.00 | 12.94 | 7.63 |

## Term Debt Coverage (farm+personal)

| | | Beg | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|
| Net farm income from operations | | | 5,773 | 86,130 | 29,885 |
| Depreciation | (+) | | 46,750 | 42,080 | 37,926 |
| Personal income | (+) | | - | - | - |
| Family living expense | (-) | | 11,667 | 25,000 | 25,000 |
| Income taxes accrued | (-) | | - | - | - |
| Interest on term debt | (+) | | 28,459 | 48,430 | 47,916 |
| Capital debt repayment capacity | (=) | | 68,964 | 151,142 | 90,342 |
| Term debt payments | | | 15,108 | 14,411 | 14,411 |
| Capital debt repayment margin | | | 53,856 | 136,731 | 75,932 |
| Term debt coverage ratio | | | 4.56 | 10.49 | 6.27 |

## Financial Standards Measures

| | Beg | 2019 | 2020 | 2021 |
|---|---|---|---|---|
| **Liquidity** | | | | |
| Current ratio | 0.5 | 0.3 | 0.5 | 0.6 |
| Working capital | -359,254 | -321,168 | -231,518 | -202,682 |
| Working capital to gross | -130.1 % | -116.3 % | -75.0 % | -85.7 % |
| **Solvency (market)** | | | | |
| Debt to asset ratio | 57.6 % | 53.7 % | 52.2 % | 53.0 % |
| Debt to equity ratio | 1.4 | 1.2 | 1.1 | 1.1 |
| **Profitability (market)** | | | | |
| Net farm income | | 5,773 | 86,130 | 29,885 |
| Rate of return on assets | | 1.8 % | 6.0 % | 3.5 % |
| Rate of return on equity | | 0.5 % | 7.3 % | 2.5 % |
| Operating profit margin | | 18.3 % | 49.6 % | 37.8 % |
| EBITDA | | 92,375 | 191,018 | 127,188 |
| **Repayment Capacity** | | | | |
| Term debt coverage ratio (farm) | | 5.00 | 12.94 | 7.63 |
| Replacement margin coverage ratio | | 1.75 | 4.37 | 2.94 |

**Efficiency**

| | | | |
|---|---|---|---|
| Asset turnover rate (mkt) | 9.6 | 12.0 | 9.3 |
| Operating expense ratio | 66.5 % | 38.2 % | 46.2 % |
| Depreciation ratio | 16.9 % | 13.6 % | 16.0 % |
| Interest expense ratio | 14.4 % | 20.3 % | 25.1 % |
| Net farm income ratio | 2.1 % | 27.9 % | 12.6 % |
| **Other** | | | |
| Term debt coverage (farm+personal) | 4.56 | 10.49 | 6.27 |
| Term debt to EBITDA | 9.50 | 4.59 | 6.80 |

### *Shocks to Farm Term Debt Coverage Ratio*

| | | | |
|---|---|---|---|
| 10% decrease in revenue | 2.95 | 10.24 | 5.57 |
| 10% increase in expenses | 3.63 | 11.91 | 6.68 |
| 3% incr. in interest rates | 2.09 | 3.69 | 2.14 |

## Year 2019

|  | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|
| **CASH INFLOWS** | | | | | | | | |
| Beg cash bal | 105000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 105000 |
| Corn | - | - | - | - | - | 8750 | 70000 | 78750 |
| Soybeans | - | - | - | - | - | - | 88200 | 88200 |
| Dairy Feeder | - | - | 50898 | - | - | - | - | 50898 |
| Other govt | - | - | - | 8978 | - | 8978 | - | 17955 |
| Custom work | - | - | - | 2400 | 2400 | 2400 | - | 7200 |
| Pat dividend | - | - | - | - | - | - | 2500 | 2500 |
| Total inflow | 105000 | 1000 | 51898 | 12378 | 3400 | 21128 | 161700 | 350503 |
| **CASH OUTFLOWS** | | | | | | | | |
| Seed | - | - | - | - | - | - | - | - |
| Fertilizer | - | - | - | - | - | - | - | - |
| Chemicals | - | - | - | - | - | - | - | - |
| Crop insur. | - | - | - | - | 2100 | 4200 | - | 6300 |
| Drying fuel | - | - | - | - | - | 3150 | - | 3150 |
| Pur. Corn | - | 808 | 2190 | 2875 | - | - | - | 5873 |
| Feeder lvstk | | | | | | | | |
|   Dairy Feeder | - | - | - | 11800 | - | - | - | 11800 |
| Purch. feed | 1375 | 1375 | 935 | 1375 | 1375 | 1375 | 1375 | 9185 |
| Supplies | 25 | 25 | 17 | 25 | 25 | 25 | 25 | 167 |
| L. Marketing | - | - | 800 | - | - | - | - | 800 |
| Fuel & oil | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 5833 |
| Repairs | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 583 |
| Land rent | - | - | - | - | - | 5700 | - | 5700 |
| Farm insur. | 4000 | - | - | - | - | - | - | 4000 |
| Dues & fees | - | - | - | 878 | - | - | - | 878 |
| Accounts pay | 18857 | 18857 | 18857 | 18857 | 18857 | 18857 | 18857 | 132000 |
| Living/Draw | 1667 | 1667 | 1667 | 1667 | 1667 | 1667 | 1667 | 11667 |
| Min end bal | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 |
| Tot. outflow | 27840 | 24649 | 26383 | 39393 | 25940 | 36890 | 23840 | 198937 |
| Opr. surplus | 77160 | -23649 | 25515 | -27016 | -22540 | -15763 | 137860 | 151566 |

| | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|

**Year 2019**

## LOAN PAYMENTS

Star-Lot L..

| | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|
| Prin pay | - | - | - | - | - | - | - | - |
| Int. pay | - | - | - | - | - | - | - | - |
| Total | - | - | - | - | - | - | - | - |
| Star-Lot L.. | | | | | | | | |
| Prin pay | - | - | - | - | - | - | - | - |
| Int. pay | - | - | - | - | - | - | - | - |
| Total | - | - | - | - | - | - | - | - |
| Star-#50 REM | | | | | | | | |
| Prin pay | - | - | - | - | - | - | - | - |
| Int. pay | - | - | - | - | - | - | - | - |
| Total | - | - | - | - | - | - | - | - |
| Star-#54 M.. | | | | | | | | |
| Prin pay | - | - | - | - | - | - | - | - |
| Int. pay | - | - | - | - | - | - | - | - |
| Total | - | - | - | - | - | - | - | - |
| JDCC-JD 56.. | | | | | | | | |
| Prin pay | - | 3535 | - | - | - | - | - | 3535 |
| Int. pay | - | 965 | - | - | - | - | - | 965 |
| Total | - | 4500 | - | - | - | - | - | 4500 |
| JDCC-SkidS.. | | | | | | | | |
| Prin pay | - | 8144 | - | - | - | - | - | 8144 |
| Int. pay | - | 833 | - | - | - | - | - | 833 |
| Total | - | 8977 | - | - | - | - | - | 8977 |
| mid m-car | | | | | | | | |
| Prin pay | 169 | 183 | 184 | 185 | 185 | 186 | 187 | 1279 |
| Int. pay | 64 | 50 | 49 | 48 | 48 | 47 | 46 | 352 |
| Total | 233 | 233 | 233 | 233 | 233 | 233 | 233 | 1631 |
| Tot loan pay | 233 | 13710 | 233 | 233 | 233 | 233 | 233 | 15108 |
| | | | | | | | | |
| **Surp. or def** | **76927** | **-37359** | **25282** | **-27249** | **-22773** | **-15996** | **137627** | **136458** |

## ANNUAL OPERATING LOAN TRANSACTIONS & BALANCES

| | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|
| Beg AO bal | 180880 | 118664 | 156023 | 131920 | 159169 | 181942 | 197938 | 180880 |
| AO borrowing | - | 37359 | - | 27249 | 22773 | 15996 | - | 103377 |
| AO int. pay | 14711 | - | 1179 | - | - | - | 2880 | 18769 |
| AO prin. pay | 62216 | - | 24103 | - | - | - | 134747 | 221066 |
| | | | | | | | | |
| **End AO bal.** | **118664** | **156023** | **131920** | **159169** | **181942** | **197938** | **63191** | **63191** |
| Accrued int. | - | 509 | - | 566 | 1249 | 2030 | - | - |
| End cash bal | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 |

## 2019 CROP & LIVESTOCK PRODUCTION

| Enterprise | Units | Production Per Unit | Share | Operator Production |
|---|---|---|---|---|
| Corn, Feed | 210.0 Acres | 180.0 bu. | 100 | 37,800 bu. |
| Corn Silage | 10.0 Acres | 20.0 ton | 100 | 200 ton |
| Soybeans | 210.0 Acres | 50.0 bu. | 100 | 10,500 bu. |
| Total crops | 430 Acres | | | |

## 2019 CROP & LIVESTOCK SUMMARY

| | | Beg | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Corn equivalents | | | | | | | | | | |
| Produced | bu. | | - | - | - | - | 37800 | - | - | 37800 |
| Purchased | bu. | | - | 289 | 782 | 1027 | - | - | - | 2098 |
| Price | $/bu. | | - | 2.80 | 2.80 | 2.80 | - | - | - | 2.80 |
| Sold | bu. | | | | | | | | | 20000 |
| Corn | bu. | | - | - | - | - | - | 2500 | 17500 | 20000 |
| Price | $/bu. | | - | - | - | - | - | 3.50 | 4.00 | 3.94 |
| Fed | bu. | | 1122 | 1167 | 782 | 1027 | 1072 | 1117 | 1162 | 7447 |
| Inventory | bu. | 2000 | 878 | - | - | - | 36728 | 33112 | 14450 | 14450 |
| Hay equivalents | | | | | | | | | | |
| Inventory | ton | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| Silage equivalents | | | | | | | | | | |
| Produced | ton | | - | - | - | 200 | - | - | - | 200 |
| Inventory | ton | - | - | - | - | 200 | 200 | 200 | 200 | 200 |
| Soybeans | | | | | | | | | | |
| Produced | bu. | | - | - | - | - | 10500 | - | - | 10500 |
| Sold | bu. | | - | - | - | - | - | - | 10500 | 10500 |
| Price | $/bu. | | - | - | - | - | - | - | 8.40 | 8.40 |
| Inventory | bu. | - | - | - | - | - | 10500 | 10500 | - | |
| Dairy Feeder | | | | | | | | | | |
| Purchased | head | | - | - | - | 40 | - | - | - | 40 |
| Price | $/head | | - | - | - | 295.00 | - | - | - | 295.00 |
| Sold | head | | - | - | 40 | - | - | - | - | 40 |
| Price | $/cwt. | | - | - | 85.00 | - | - | - | - | 85.00 |
| Inventory | head | 125 | 125 | 125 | 85 | 125 | 125 | 125 | 125 | 125 |

## *2019 PROJECTED INVENTORY CHANGE*

| Commodity | Begin Inventor | $/Unit | Begin Value | Ending Inventory | $/Unit | Ending Value | Change |
|---|---|---|---|---|---|---|---|
| Corn equivalents | 2,000 | 4.00 | 8,000 | 14,450 | 4.00 | 57,801 | 49,801 |
| Hay equivalents | 5 | 66.67 | 350 | 5 | 66.67 | 350 | 0 |
| Silage equivalents | 0 | 0.00 | 0 | 200 | 30.00 | 6,000 | 6,000 |
| Dairy Feeder | 120 | 90.00 | 93,600 | 125 | 90.65 | 68,441 | -25,159 |
| Accounts receivable | | | 0 | | | 0 | 0 |
| Hedging accounts | | | 0 | | | 0 | 0 |
| Other current assets | | | 0 | | | 0 | 0 |
| Total income items | | | 101,950 | | | 132,592 | 30,642 |
| | | | | | | | |
| Prepaid expenses & supplies | | | 0 | | | 0 | 0 |
| Growing crops | | | 129,500 | | | 0 | -129,500 |
| Accounts payable | | (End) | 0 | | (Beg) | 132,000 | 132,000 |
| Accrued interest | | (End) | 151,464 | | (Beg) | 132,180 | -19,284 |
| Total expense items | | | 280,964 | | | 264,180 | -16,784 |
| | | | | | | | |
| Total inventories | | | 382,914 | | | 396,772 | 13,857 |

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Year 2020 | | | | | | | | |

## CASH INFLOWS

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beg cash bal | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 18062 | 1000 |
| Corn | - | - | - | - | - | - | - | - | - | - | - | 105000 | 105000 |
| Soybeans | - | - | - | - | - | - | - | - | - | - | 88000 | - | 88000 |
| Dairy Feeder | - | - | - | - | 133650 | - | - | - | - | - | - | - | 133650 |
| Other govt | 5985 | - | - | - | - | - | - | - | - | - | - | - | 5985 |
| Custom work | - | - | - | - | - | - | - | - | 2400 | 2400 | 2400 | - | 7200 |
| Pat dividend | - | - | 2500 | - | - | - | - | - | - | - | - | - | 2500 |
| Total inflow | 6985 | 1000 | 3500 | 1000 | 134650 | 1000 | 1000 | 1000 | 3400 | 3400 | 91400 | 123062 | 343335 |

## CASH OUTFLOWS

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Seed | - | - | - | 18900 | 13200 | - | - | - | - | - | - | - | 32100 |
| Fertilizer | - | - | - | - | 23940 | - | - | - | - | - | - | - | 23940 |
| Chemicals | - | - | - | - | 12950 | - | - | - | - | - | - | - | 12950 |
| Crop insur. | - | - | - | - | - | - | - | - | - | 2200 | 4000 | - | 6200 |
| Drying fuel | - | - | - | - | - | - | - | - | - | - | 3000 | - | 3000 |
| Purch. feed | 1375 | 1375 | 1375 | 1375 | 440 | 440 | 440 | 440 | 440 | 440 | 440 | - | 8580 |
| Supplies | 25 | 25 | 25 | 25 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | - | 156 |
| L. Marketing | - | - | - | - | 2000 | - | - | - | - | - | - | - | 2000 |
| Fuel & oil | 458 | 458 | 458 | 458 | 458 | 458 | 458 | 458 | 458 | 458 | 458 | 458 | 5500 |
| Repairs | 292 | 292 | 292 | 292 | 292 | 292 | 292 | 292 | 292 | 292 | 292 | 292 | 3500 |
| Land rent | - | - | - | 5760 | - | - | - | - | - | - | 5760 | - | 11520 |
| RE taxes | - | - | - | 1250 | - | - | - | - | - | 1250 | - | - | 2500 |
| Farm insur. | - | - | - | - | 3500 | - | - | - | - | - | - | - | 3500 |
| Utilities | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 1000 |
| Marketing | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 500 |
| Dues & fees | - | - | - | - | - | - | - | - | 900 | - | - | - | 900 |
| Living/Draw | 2083 | 2083 | 2083 | 2083 | 2083 | 2083 | 2083 | 2083 | 2083 | 2083 | 2083 | 2083 | 25000 |
| Min end bal | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 |
| Tot. outflow | 5358 | 5358 | 5358 | 31268 | 59996 | 4406 | 4406 | 4406 | 5306 | 7856 | 17166 | 3958 | 143846 |
| | | | | | | | | | | | | | |
| Opr. surplus | 1627 | -4358 | -1858 | -30268 | 74654 | -3406 | -3406 | -3406 | -1906 | -4456 | 74234 | 119103 | 199489 |

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Year 2020** | | | | | | | | | | | | | |

### LOAN PAYMENTS

| Star-Lot L.. | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prin pay | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Int. pay | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Star-Lot L.. | | | | | | | | | | | | | |
| Prin pay | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Int. pay | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Star-#50 REM | | | | | | | | | | | | | |
| Prin pay | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Int. pay | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Star-#54 M.. | | | | | | | | | | | | | |
| Prin pay | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Int. pay | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total | - | - | - | - | - | - | - | - | - | - | - | - | - |
| JDCC-JD 56.. | | | | | | | | | | | | | |
| Prin pay | - | - | - | - | - | - | - | 4560 | - | - | - | - | 4560 |
| Int. pay | - | - | - | - | - | - | - | 788 | - | - | - | - | 788 |
| Total | - | - | - | - | - | - | - | 5348 | - | - | - | - | 5348 |
| JDCC-SkidS.. | | | | | | | | | | | | | |
| Prin pay | - | - | - | - | - | - | - | 5544 | - | - | - | - | 5544 |
| Int. pay | - | - | - | - | - | - | - | 561 | - | - | - | - | 561 |
| Total | - | - | - | - | - | - | - | 6105 | - | - | - | - | 6105 |
| mid m-car | | | | | | | | | | | | | |
| Prin pay | 201 | 202 | 202 | 203 | 204 | 205 | 205 | 206 | 207 | 208 | 209 | 209 | 2461 |
| Int. pay | 46 | 45 | 44 | 43 | 43 | 42 | 41 | 40 | 40 | 39 | 38 | 37 | 497 |
| Total | 247 | 247 | 247 | 247 | 247 | 247 | 247 | 247 | 247 | 247 | 247 | 247 | 2959 |
| Tot loan pay | 247 | 247 | 247 | 247 | 247 | 247 | 247 | 11699 | 247 | 247 | 247 | 247 | 14411 |
| **Surp. or def** | **1380** | **-4605** | **-2105** | **-30515** | **74407** | **-3653** | **-3653** | **-15105** | **-2153** | **-4703** | **73987** | **118857** | **185078** |

### ANNUAL OPERATING LOAN TRANSACTIONS & BALANCES

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beg AO bal | 63191 | 62127 | 66732 | 68837 | 99352 | 26430 | 30083 | 33735 | 48841 | 50994 | 55696 | - | 63191 |
| AO borrowing | - | 4605 | 2105 | 30515 | - | 3653 | 3653 | 15105 | 2153 | 4703 | - | - | 66491 |
| AO int. pay | 316 | - | - | - | 1485 | - | - | - | - | - | 1229 | - | 3030 |
| AO prin. pay | 1064 | - | - | - | 72922 | - | - | - | - | - | 55696 | - | 129682 |
| **End AO bal.** | **62127** | **66732** | **68837** | **99352** | **26430** | **30083** | **33735** | **48841** | **50994** | **55696** | **-** | **-** | **-** |
| Accrued int. | - | 311 | 644 | 988 | - | 132 | 283 | 451 | 695 | 950 | | | |
| End cash bal | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 18062 | 119857 | 119857 |

## 2020 CROP & LIVESTOCK PRODUCTION

| Enterprise | Units | Production Per Unit | Share | Operator Production |
|---|---|---|---|---|
| Corn, Feed | 200.0 Acres | 180.0 bu. | 100 | 36,000 bu. |
| Corn Silage | 10.0 Acres | 20.0 ton | 100 | 200 ton |
| Soybeans | 220.0 Acres | 50.0 bu. | 100 | 11,000 bu. |
| Total crops | 430 Acres | | | |

## 2020 CROP & LIVESTOCK SUMMARY

| | | Beg | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Corn equivalents** | | | | | | | | | | | | | | | |
| Produced | bu. | | - | - | - | - | - | - | - | - | - | 36000 | - | - | 36000 |
| Sold | bu. | | | | | | | | | | | | | | 30000 |
| Corn | bu. | | - | - | - | - | - | - | - | - | - | - | 30000 | 30000 |
| Price | $/bu. | | - | - | - | - | - | - | - | - | - | - | 3.50 | 3.50 |
| Fed | bu. | | 1084 | 1134 | 1179 | 1224 | 335 | 349 | 368 | 382 | 397 | 411 | 425 | - | 7288 |
| Inventory | bu. | 14450 | 13366 | 12232 | 11053 | 9829 | 9494 | 9146 | 8777 | 8395 | 7999 | 43588 | 43162 | 13162 | 13162 |
| **Hay equivalents** | | | | | | | | | | | | | | | |
| Inventory | ton | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| **Silage equivalents** | | | | | | | | | | | | | | | |
| Produced | ton | | - | - | - | - | - | - | - | - | 200 | - | - | - | 200 |
| Inventory | ton | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 400 | 400 | 400 | 400 | 400 |
| **Soybeans** | | | | | | | | | | | | | | | |
| Produced | bu. | | - | - | - | - | - | - | - | - | - | 11000 | - | - | 11000 |
| Sold | bu. | | - | - | - | - | - | - | - | - | - | - | 11000 | - | 11000 |
| Price | $/bu. | | - | - | - | - | - | - | - | - | - | - | 8.00 | - | 8.00 |
| Inventory | bu. | - | - | - | - | - | - | - | - | - | - | 11000 | - | | |
| **Dairy Feeder** | | | | | | | | | | | | | | | |
| Sold | head | | - | - | - | - | 100 | - | - | - | - | - | - | - | 100 |
| Price | $/cwt. | | - | - | - | - | 90.00 | - | - | - | - | - | - | - | 90.00 |
| Inventory | head | 125 | 125 | 125 | 125 | 125 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |

## *2020 PROJECTED INVENTORY CHANGE*

| Commodity | Begin Inventor | $/Unit | Begin Value | Ending Inventory | $/Unit | Ending Value | Change |
|---|---|---|---|---|---|---|---|
| Corn equivalents | 14,450 | 4.00 | 57,801 | 13,162 | 4.00 | 52,649 | -5,152 |
| Hay equivalents | 5 | 66.67 | 350 | 5 | 66.00 | 347 | -4 |
| Silage equivalents | 200 | 30.00 | 6,000 | 400 | 30.00 | 12,000 | 6,000 |
| Dairy Feeder | 125 | 90.65 | 68,441 | 25 | 91.00 | 34,125 | -34,316 |
| Accounts receivable | | | 0 | | | 0 | 0 |
| Hedging accounts | | | 0 | | | 0 | 0 |
| Other current assets | | | 0 | | | 0 | 0 |
| Total income items | | | 132,592 | | | 99,120 | -33,471 |
| | | | | | | | |
| Prepaid expenses & supplies | | | 0 | | | 0 | 0 |
| Growing crops | | | 0 | | | 0 | 0 |
| Accounts payable | | (End) | 0 | | (Beg) | 0 | 0 |
| Accrued interest | | (End) | 209,893 | | (Beg) | 151,464 | -58,429 |
| Total expense items | | | 209,893 | | | 151,464 | -58,429 |
| | | | | | | | |
| Total inventories | | | 342,485 | | | 250,585 | -91,900 |

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Year 2021 | | | | | | | |

### CASH INFLOWS

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beg cash bal | 119857 | 149565 | 146360 | 145655 | 115640 | 58405 | 55200 | 51995 | 37338 | 35633 | 31478 | 105763 | 119857 |
| Corn | - | - | - | - | - | - | - | - | - | - | - | 102000 | 102000 |
| Soybeans | - | - | - | - | - | - | - | - | - | - | 88200 | - | 88200 |
| Dairy Feeder | 33413 | - | - | - | - | - | - | - | - | - | - | - | 33413 |
| Custom work | - | - | - | - | - | - | - | - | 2400 | 2400 | 2400 | - | 7200 |
| Pat dividend | - | - | 2500 | - | - | - | - | - | - | - | - | - | 2500 |
| Total inflow | 153269 | 149565 | 148860 | 145655 | 115640 | 58405 | 55200 | 51995 | 39738 | 38033 | 122078 | 207763 | 353169 |

### CASH OUTFLOWS

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Seed | - | - | - | 19800 | 12600 | - | - | - | - | - | - | - | 32400 |
| Fertilizer | - | - | - | - | 25080 | - | - | - | - | - | - | - | 25080 |
| Chemicals | - | - | - | - | 12850 | - | - | - | - | - | - | - | 12850 |
| Crop insur. | - | - | - | - | - | - | - | - | - | 2100 | 4200 | - | 6300 |
| Drying fuel | - | - | - | - | - | - | - | - | - | - | 3150 | - | 3150 |
| L. Marketing | 500 | - | - | - | - | - | - | - | - | - | - | - | 500 |
| Fuel & oil | 458 | 458 | 458 | 458 | 458 | 458 | 458 | 458 | 458 | 458 | 458 | 458 | 5500 |
| Repairs | 292 | 292 | 292 | 292 | 292 | 292 | 292 | 292 | 292 | 292 | 292 | 292 | 3500 |
| Land rent | - | - | - | 5760 | - | - | - | - | - | - | 5760 | - | 11520 |
| RE taxes | - | - | - | 1250 | - | - | - | - | - | 1250 | - | - | 2500 |
| Farm insur. | - | - | - | - | 3500 | - | - | - | - | - | - | - | 3500 |
| Utilities | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 1000 |
| Marketing | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 500 |
| Dues & fees | - | - | - | - | - | - | - | - | 900 | - | - | - | 900 |
| Living/Draw | 2083 | 2083 | 2083 | 2083 | 2083 | 2083 | 2083 | 2083 | 2083 | 2083 | 2083 | 2083 | 25000 |
| Min end bal | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 |
| Tot. outflow | 4458 | 3958 | 3958 | 30768 | 57988 | 3958 | 3958 | 3958 | 4858 | 7308 | 17068 | 3958 | 135200 |
| Opr. surplus | 148811 | 145606 | 144901 | 114886 | 57652 | 54447 | 51242 | 48037 | 34880 | 30725 | 105010 | 203805 | 217969 |

| | | | | | | Year 2021 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |

## LOAN PAYMENTS

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Star-Lot L..** | | | | | | | | | | | | | |
| Prin pay | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Int. pay | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Star-Lot L..** | | | | | | | | | | | | | |
| Prin pay | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Int. pay | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Star-#50 REM** | | | | | | | | | | | | | |
| Prin pay | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Int. pay | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Star-#54 M..** | | | | | | | | | | | | | |
| Prin pay | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Int. pay | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **JDCC-JD 56..** | | | | | | | | | | | | | |
| Prin pay | - | - | - | - | - | - | - | 4849 | - | - | - | - | 4849 |
| Int. pay | - | - | - | - | - | - | - | 499 | - | - | - | - | 499 |
| Total | - | - | - | - | - | - | - | 5348 | - | - | - | - | 5348 |
| **JDCC-SkidS..** | | | | | | | | | | | | | |
| Prin pay | - | - | - | - | - | - | - | 5753 | - | - | - | - | 5753 |
| Int. pay | - | - | - | - | - | - | - | 351 | - | - | - | - | 351 |
| Total | - | - | - | - | - | - | - | 6105 | - | - | - | - | 6105 |
| **mid m-car** | | | | | | | | | | | | | |
| Prin pay | 210 | 211 | 212 | 212 | 213 | 214 | 215 | 216 | 216 | 217 | 218 | 219 | 2574 |
| Int. pay | 36 | 36 | 35 | 34 | 33 | 32 | 32 | 31 | 30 | 29 | 28 | 28 | 385 |
| Total | 247 | 247 | 247 | 247 | 247 | 247 | 247 | 247 | 247 | 247 | 247 | 247 | 2959 |
| Tot loan pay | 247 | 247 | 247 | 247 | 247 | 247 | 247 | 11699 | 247 | 247 | 247 | 247 | 14411 |
| | | | | | | | | | | | | | |
| **Surp. or def** | 148565 | 145360 | 144655 | 114640 | 57405 | 54200 | 50995 | 36338 | 34633 | 30478 | 104763 | 203558 | 203558 |

## ANNUAL OPERATING LOAN TRANSACTIONS & BALANCES

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beg AO bal | - | - | - | - | - | - | - | - | - | - | - | - | - |
| AO borrowing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| AO int. pay | - | - | - | - | - | - | - | - | - | - | - | - | - |
| AO prin. pay | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | |
| **End AO bal.** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accrued int. | - | - | - | - | - | - | - | - | - | - | - | - | - |
| End cash bal | 149565 | 146360 | 145655 | 115640 | 58405 | 55200 | 51995 | 37338 | 35633 | 31478 | 105763 | 204558 | 204558 |

## 2021 CROP & LIVESTOCK PRODUCTION

| Enterprise | Units | Production Per Unit | Share | Operator Production |
|---|---|---|---|---|
| Corn, Feed | 210.0 Acres | 180.0 bu. | 100 | 37,800 bu. |
| Corn Silage | 10.0 Acres | 20.0 ton | 100 | 200 ton |
| Soybeans | 210.0 Acres | 50.0 bu. | 100 | 10,500 bu. |
| Total crops | 430 Acres | | | |

## 2021 CROP & LIVESTOCK SUMMARY

| | | Beg | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Corn equivalents | | | | | | | | | | | | | | | |
| Produced | bu. | | - | - | - | - | - | - | - | - | - | 37800 | - | - | 37800 |
| Sold | bu. | | | | | | | | | | | | | | 30000 |
| Corn | bu. | | - | - | - | - | - | - | - | - | - | - | - | 30000 | 30000 |
| Price | $/bu. | | - | - | - | - | - | - | - | - | - | - | - | 3.40 | 3.40 |
| Inventory | bu. | 13162 | 13162 | 13162 | 13162 | 13162 | 13162 | 13162 | 13162 | 13162 | 13162 | 50962 | 50962 | 20962 | 20962 |
| Hay equivalents | | | | | | | | | | | | | | | |
| Inventory | ton | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| Silage equivalents | | | | | | | | | | | | | | | |
| Produced | ton | | - | - | - | - | - | - | - | - | 200 | - | - | - | 200 |
| Inventory | ton | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 600 | 600 | 600 | 600 | 600 |
| Soybeans | | | | | | | | | | | | | | | |
| Produced | bu. | | - | - | - | - | - | - | - | - | - | 10500 | - | - | 10500 |
| Sold | bu. | | - | - | - | - | - | - | - | - | - | - | 10500 | - | 10500 |
| Price | $/bu. | | - | - | - | - | - | - | - | - | - | - | 8.40 | - | 8.40 |
| Inventory | bu. | - | - | - | - | - | - | - | - | - | - | 10500 | | | |
| Dairy Feeder | | | | | | | | | | | | | | | |
| Sold | head | | 25 | - | - | - | - | - | - | - | - | - | - | - | 25 |
| Price | $/cwt. | | 90.00 | - | - | - | - | - | - | - | - | - | - | - | 90.00 |
| Inventory | head | 25 | - | - | - | - | - | - | - | - | - | - | - | - | |

## 2021 PROJECTED INVENTORY CHANGE

| Commodity | Begin Inventor | $/Unit | Begin Value | Ending Inventory | $/Unit | Ending Value | Change |
|---|---|---|---|---|---|---|---|
| Corn equivalents | 13,162 | 4.00 | 52,649 | 20,962 | 4.00 | 83,849 | 31,200 |
| Hay equivalents | 5 | 66.00 | 347 | 5 | 66.00 | 347 | 0 |
| Silage equivalents | 400 | 30.00 | 12,000 | 600 | 30.00 | 18,000 | 6,000 |
| Dairy Feeder | 25 | 91.00 | 34,125 | 0 | 0.00 | 0 | -34,125 |
| Accounts receivable | | | 0 | | | 0 | 0 |
| Hedging accounts | | | 0 | | | 0 | 0 |
| Other current assets | | | 0 | | | 0 | 0 |
| Total income items | | | 99,120 | | | 102,195 | 3,075 |
| | | | | | | | |
| Prepaid expenses & supplies | | | 0 | | | 0 | 0 |
| Growing crops | | | 0 | | | 0 | 0 |
| Accounts payable | | (End) | 0 | | (Beg) | 0 | 0 |
| Accrued interest | | (End) | 268,419 | | (Beg) | 209,893 | -58,526 |
| Total expense items | | | 268,419 | | | 209,893 | -58,526 |
| | | | | | | | |
| Total inventories | | | 367,539 | | | 312,089 | -55,451 |

## TOTAL PLANNED INPUT QUANTITIES

| Description | Unit | 2019 | 2020 | 2021 |
|---|---|---|---|---|

## BALANCE SHEETS

| | 6/20/2019 | Projected 1/1/2020 | 1/1/2021 | 1/1/2022 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| **Current Assets** | | | | |
| Cash and checking | 105,000 | 1,000 | 119,857 | 204,558 |
| Growing crops | 129,500 | - | - | - |
| Crops | | | | |
| Corn equivalents | 8,000 | 57,801 | 52,649 | 83,849 |
| Hay equivalents | 350 | 350 | 347 | 347 |
| Silage equivalents | - | 6,000 | 12,000 | 18,000 |
| Mkt lvst | | | | |
| Dairy Feeder | 93,600 | 68,441 | 34,125 | - |
| Total current assets | 336,450 | 133,592 | 218,977 | 306,754 |
| **Intermediate Assets** | | | | |
| Machinery | 268,500 | 241,650 | 217,485 | 195,737 |
| Titled vehicles | 66,000 | 56,100 | 47,685 | 40,532 |
| Total intermediate assets | 334,500 | 297,750 | 265,170 | 236,269 |
| **Long Term Assets** | | | | |
| Land | 1,858,500 | 1,858,500 | 1,858,500 | 1,858,500 |
| Bldgs & improve. | 200,000 | 190,000 | 180,500 | 171,475 |
| Total long term assets | 2,058,500 | 2,048,500 | 2,039,000 | 2,029,975 |
| Total farm assets | 2,729,450 | 2,479,842 | 2,523,147 | 2,572,997 |
| Personal assets | 25,000 | 25,000 | 25,000 | 25,000 |
| Total assets | 2,754,450 | 2,504,842 | 2,548,147 | 2,597,997 |
| **LIABILITIES** | | | | |
| **Current Liabilities** | | | | |
| Accrued interest | | | | |
| Star Bank-Lot LN 60 | 16,148 | 20,655 | 28,380 | 36,105 |
| Star Bank-Lot LN 61 | 5,937 | 8,341 | 12,461 | 16,581 |
| Operating loan(s) | 13,935 | - | - | |
| Star Bank-#54 M & E | 4,280 | 6,409 | 10,059 | 13,709 |
| JDCC-SkidSteer323 | 706 | 216 | 117 | 60 |
| JDCC-JD 568 Baler | 815 | 303 | 166 | 86 |
| Star Bank-#50 REM | 90,359 | 115,541 | 158,710 | 201,879 |
| Prin due on term loans | | | | |
| Star Bank-#54 M & E | 8,969 | - | - | - |
| JDCC-SkidSteer323 | 8,143 | 5,544 | 5,753 | 5,926 |
| JDCC-JD 568 Baler | 3,532 | 4,560 | 4,849 | 5,091 |
| Operating loan(s) | 180,880 | 63,191 | - | - |
| Payables & accr exp | 132,000 | - | - | - |
| Star Bank-Lot LN 60 | 150,000 | 150,000 | 150,000 | 150,000 |
| Star Bank-Lot LN 61 | 80,000 | 80,000 | 80,000 | 80,000 |
| Total current liabilities | 695,704 | 454,759 | 450,495 | 509,436 |
| **Intermediate Liabilities** | | | | |
| Star Bank-#54 M & E | 60,556 | 69,525 | 69,525 | 69,525 |
| JDCC-SkidSteer323 | 17,255 | 11,710 | 5,957 | 31 |
| JDCC-JD 568 Baler | 14,547 | 9,984 | 5,136 | 45 |

| | | | | |
|---|---|---|---|---|
| Star Bank-#50 REM | 784,891 | 784,891 | 784,891 | 784,891 |
| Total inter. liabilities | 877,249 | 876,110 | 865,508 | 854,492 |
| **_Long Term Liabilities_** | | | | |
| Total long term liab. | - | - | - | - |
| Total farm liabilities | 1,572,953 | 1,330,870 | 1,316,004 | 1,363,927 |
| **_Personal Liabilities_** | | | | |
| Accrued interest personal | 13 | - | - | - |
| mid mn credit union-car | 13,500 | 12,221 | 9,760 | 7,186 |
| Total personal liab. | 13,513 | 12,221 | 9,760 | 7,186 |
| Total liabilities | 1,586,466 | 1,343,090 | 1,325,763 | 1,371,113 |
| Net worth | 1,167,984 | 1,161,751 | 1,222,384 | 1,226,884 |
| Net worth change | | -6,232 | 60,633 | 4,500 |
| Total debt to asset ratio | 57 % | 53 % | 52 % | 52 % |

## COST OF PRODUCTION SUMMARY

| Crop | Total Expenses | Less Govt & Other Income | With Labor & Mgt | Machinery Cost / Acre |
|------|------|------|------|------|
| Corn, Feed | 2.78 /bu. | 2.71 /bu. | 2.71 /bu. | 147.14 |
| Corn Silage | 25.90 /ton | 25.11 /ton | 25.11 /ton | 183.93 |
| Soybeans | 6.13 /bu. | 5.92 /bu. | 5.92 /bu. | 122.62 |

| Enterprise | Product | Total Expenses | Less Govt & Other Income | With Labor & Mgt | Feed Cost | Feed Cost / Budget Unit |
|------|------|------|------|------|------|------|
| Dairy Feeder | Dairy Feeder | 58.24 /cwt. | 56.83 /cwt. | 56.83 /cwt. | 33.40 /cwt. | 501.00 /Head |

## Financial Trends

| Source | 2019 Proj. | 2020 Proj. | 2021 Proj. |
|---|---|---|---|
| **Income Statement** | | | |
| Gross cash farm income | 245,503 | 342,335 | 233,313 |
| + Inventory change (income items) | 30,642 | -33,471 | 3,075 |
| = Gross farm income (accrual) | 276,145 | 308,864 | 236,388 |
| | | | |
| Total cash farm expense | 206,837 | 122,225 | 110,051 |
| + Depreciation | 46,750 | 42,080 | 37,926 |
| + Inventory change (expense items) | 16,784 | 58,429 | 58,526 |
| = Total farm expense (accrual) | 270,372 | 222,734 | 206,502 |
| Net farm income from operations | 5,773 | 86,130 | 29,885 |
| **Net farm income** | **5,773** | **86,130** | **29,885** |
| | | | |
| **Profitability (market)** | | | |
| Rate of return on assets | 1.8 % | 6.0 % | 3.5 % |
| Rate of return on equity | 0.5 % | 7.3 % | 2.5 % |
| Operating profit margin | 18.3 % | 49.6 % | 37.8 % |
| Asset turnover rate | 9.6 % | 12.0 % | 9.3 % |
| | | | |
| **Liquidity & Repayment** | | | |
| Current ratio (farm only) | 0.29 | 0.49 | 0.60 |
| Working capital (farm only) | -321,168 | -231,518 | -202,682 |
| Working capital to gross revenue | -116.3 % | -75.0 % | -85.7 % |
| Term debt coverage ratio | 5.00 | 12.94 | 7.63 |
| Replacement margin coverage ratio | 1.75 | 4.37 | 2.94 |
| | | | |
| **Efficiency Measures** | | | |
| Operating expense ratio | 66.5 % | 38.2 % | 46.2 % |
| Depreciation expense ratio | 16.9 % | 13.6 % | 16.0 % |
| Interest expense ratio | 14.4 % | 20.3 % | 25.1 % |
| | | | |
| **Solvency (market, exclude def liab)** | | | |
| Farm assets | 2,479,842 | 2,523,147 | 2,572,997 |
| Farm liabilities | 1,330,870 | 1,316,004 | 1,363,927 |
| Total assets | 2,504,842 | 2,548,147 | 2,597,997 |
| Total liabilities | 1,343,090 | 1,325,763 | 1,371,113 |
| Net worth | 1,161,751 | 1,222,384 | 1,226,884 |
| Net worth change | -6,232 | 60,633 | 4,500 |
| Net worth change (%) | -1 % | 5 % | 0 % |
| Farm debt to asset ratio | 54 % | 52 % | 53 % |
| Total debt to asset ratio | 54 % | 52 % | 53 % |
| | | | |
| **Other Information** | | | |
| Family living expense | 12,019 | 25,497 | 25,385 |